United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

---

The Civil Cover Sheet filed in civil action

**1:25-CV-5571(DLI)(CLP)**

1) indicated that this case is related to the following case(s):

2:25-cv-05023(AYS)