| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ENTRY |

BEFORE: ANNE Y. SHIELDS  
U.S. MAGISTRATE JUDGE

DATE: 1/12/26  
TIME: 11:00 AM  
FTR: 11:09-11:25

CASE: **CV 25-5023-ENV-AYS** UFCW Local 1500 Welfare Fund v. The New York and Presbyterian Hospital In re Hain Celestial Heavy Metals Baby Food Litigation

TYPE OF CONFERENCE: INITIAL

APPEARANCES:  
Plaintiff: Geralyn Trujillo  
    David Rochelson  
    Deborah Elman  
Defendant: David Munkittrick  
    Colin Kass

**THE FOLLOWING RULINGS WERE MADE:**
Conference held.