

**DICELLO LEVITT**

485 Lexington Ave., Suite 1001
New York, New York 10017

**Fairmark Partners, LLP**

400 7th Street, NW, #304
Washington, DC 20004

June 18, 2026

<u>**VIA ECF**</u>

Hon. Brian M. Cogan
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: *UFCW Local 1500 Welfare Fund v. The New York & Presbyterian Hospital*, No. 2:25-cv-5023 (E.D.N.Y.); and *Cement and Concrete Workers DC Benefit Fund et al. v. The New York & Presbyterian Hospital*, No. 1:25-cv-5571 (E.D.N.Y.)
> <u>Pre-Motion Conference Letter</u>

Dear Judge Cogan:

Counsel for Plaintiff UFCW Local 1500 Welfare Fund and counsel for Plaintiffs Cement and Concrete Workers DC Benefit Fund and Pointers, Cleaners, and Caulkers Local 1 Welfare Fund intend to file motions seeking appointment as interim lead class counsel pursuant to Federal Rule of Civil Procedure 23(g)(3). As Plaintiffs explained in previous filings, the appointment of interim class counsel is "essential for efficient case management" of this litigation, particularly in advance of Defendant's anticipated motion to dismiss. *See UFCW Local 1500*, No. 2:25-cv-5023 (Nov. 14, 2025), ECF No. 24, at 3-4; *Cement & Concrete Workers*, No. 1:25-cv-5571 (Nov. 14, 2025), ECF No. 19, at 3-4 (quoting *Delre v. Perry*, 288 F.R.D. 241, 247 (E.D.N.Y. 2012)).

Magistrate Judge Shields's Report & Recommendation, which this Court adopted in both actions (Minute Entry, May 21, 2026), directed that, following the filing of a consolidated complaint, the parties could "submit appropriate pre-motion letters to the District Court to enable that Court to consider the scheduling of motions for appointment of lead counsel and/or a motion to dismiss the consolidated class action complaint." *See* R. & R., *UFCW Local 1500*, No. 2:25-cv-5023, ECF No. 54, at 9 (Apr. 22, 2026); R. & R., *Cement & Concrete Workers*, No. 1:25-cv-5571, ECF No. 30, at 9 (Apr. 22, 2026). Accordingly, Plaintiffs submit this letter to notify the Court of their intention to file motions for appointment of interim lead counsel and to respectfully request that the Court establish June 26, 2026 as the deadline for the filing of those motions.[1]

---

[1] Plaintiffs note that while Your Honor's Individual Practices generally require a pre-motion conference before the filing of motions, the Court has previously stated that "this Court does not require a premotion conference for lead counsel/consolidation motions." *See Nath v.*

Plaintiffs' counsel for each case, however, do not agree as to whether a response should be permitted to their respective leadership motions. Counsel for UFCW Local 1500 do not believe responsive filings are necessary in this instance given that Plaintiffs will each have sufficient opportunity (8,750 words) to state their position in their moving papers and additional papers will needlessly burden the Court. Counsel for Cement Workers and Pointers, Cleaners, and Caulkers Local 1 request that the Court set a deadline of July 6, 2026 for any responsive brief by each competing leadership slate. Counsel for Cement Workers and Pointers, Cleaners, and Caulkers Local 1 submit that responses will assist the Court in deciding the motions, and that any responsive briefing should be limited to the 3500 words permitted for reply briefs pursuant to Local Civil Rule 7.1(c).

Plaintiffs reached out to Defendant for its position. In response, Defendant stated by email: "NYP opposes your motion. Please note our opposition in your letter, and inform the Court that NYP will be responding to your letter motion." Plaintiffs' preliminary response to Defendant's position is as follows: Defendant has no stake in this Court's appointment of interim lead class counsel, including the timing of that decision. *Cf. Andrews Farms v. Calcot, LTD.*, 2010 WL 3341963, at *6 (E.D. Cal. Aug. 23, 2010) (allowing a defendant to provide input on the issue of adequate representation "is a bit like permitting a fox, although with a pious countenance, to take charge of the chicken house") (quoting *Eggleston v. Chi. Journeyman Plumbers Local Union No. 130*, 657 F.2d 890, 895 (7th Cir. 1981)).

Respectfully submitted,

/s/ *Gregory S. Asciolla*
Gregory S. Asciolla
Geralyn J. Trujillo
Theodore J. Salem-Mackall
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
(646) 933-1000
gasciolla@dicellolevitt.com
gtrujillo@dicellolevitt.com
tsalemmackall@dicellolevitt.com

Deborah A. Elman
David B. Rochelson
**GARWIN GERSTEIN & FISHER LLP**
88 Pine St., 28th Floor
New York, NY 10005

/s/ *Jamie Crooks*
Jamie Crooks
Michael Lieberman
Amanda R. Vaughn
Yinka Onayemi
**FAIRMARK PARTNERS LLP**
400 7th Street, NW, Suite 304
Washington, DC 20004
(619) 507-4182
jamie@fairmarklaw.com
michael@fairmarklaw.com
amanda@fairmarklaw.com
yinka@fairmarklaw.com

Frank R. Schirripa
Gwendolyn Nelson
Scott Jacobsen

---

*Lightspeed Commerce Inc.*, No. 1:21-cv-06365, Minute Entry (E.D.N.Y. Jan. 19, 2022). Should the Court decide a pre-motion conference is appropriate here, Plaintiffs can be available at the Court's convenience.

(212) 398-0055
delman@garwingerstein.com
drochelson@garwingerstein.com

Brendan P. Glackin
Lin Y. Chan
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
(415) 956-1000
bglackin@lchb.com
lchan@lchb.com

Rebecca P. Chang
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
250 Hudson Street
New York, NY 10013
(212) 355-9500
rchang@lchb.com

*Counsel for UFCW Local 1500 Welfare Fund*

**HACH ROSE SCHIRRIPA & REHNS LLP**
112 Madison Avenue, 10th Floor
New York, NY 10016
(212) 213-8311
fschirripa@hrsrlaw.com
gnelson@hrsrlaw.com
sjacobsen@hrsrlaw.com

William Dreher
**KELLER ROHRBACK LLP**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
(206) 623-1900
wdreher@kellerrohrback.com

*Counsel for Cement and Concrete Workers DC
Benefit Fund and the Pointers, Cleaners and
Caulkers Local 1 Welfare Fund*

Christopher C. Wheeler
Alexis J. Loeb
**FARELLA BRAUN + MARTEL LLP**
One Bush Street, Suite 900
San Francisco, CA 94104
(415) 954-4400
cwheeler@fbm.com
aloeb@fbm.com

Jacob W. Buchdahl
Mark Musico
Jeffrey Xia
**SUSMAN GODFREY LLP**
One Manhattan West, 50th Floor
New York, NY 10001
(212) 336-8330
jbuchdahl@susmangodfrey.com
mmusico@susmangodfrey.com
jxia@susmangodfrey.com

Steven G. Sklaver
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100

Hon. Brian M. Cogan
June 18, 2026
Page 4

ssklaver@susmangodfrey.com

*Counsel for Pointers, Cleaners & Caulkers Local 1 Welfare Fund*

Cc:  Counsel of record (via ECF)