**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UFCW LOCAL 1500 WELFARE FUND, *on its own behalf and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>THE NEW YORK AND PRESBYTERIAN HOSPITAL,<br><br>Defendant. | Case No. 2:25-cv-05023-BMC |
| CEMENT AND CONCRETE WORKERS DC BENEFIT FUND, *on its own behalf and on behalf of all others similarly situated*, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>THE NEW YORK AND PRESBYTERIAN HOSPITAL,<br><br>Defendant. | Case No. 1:25-cv-05571-BMC |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff UFCW Local 1500 Welfare Fund voluntarily dismisses all of its claims without prejudice in its individual action and the consolidated action against Defendant The New York and Presbyterian Hospital. A class has not been certified in these actions, and Defendant has not served an answer or a motion for summary judgment.

In the event of a future recovery in *Cement & Concrete Workers DC Benefit Fund v. The*

*New York and Presbyterian Hospital*, No. 1:25-cv-5571 (E.D.N.Y.), UFCW Local 1500 Welfare Fund reserves, and does not waive, its right to submit a claim as an absent class member and/or to participate in any settlement or judgment as an absent class member.

Dated: October 7, 2026

Respectfully submitted,

/s/ *Gregory Asciolla*

Gregory S. Asciolla
Geralyn J. Trujillo
Theodore J. Salem-Mackall
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
Tel: (646) 933-1000
gasciolla@dicellolevitt.com
gtrujillo@dicellolevitt.com
tsalemmackall@dicellolevitt.com

Deborah A. Elman
David B. Rochelson
**GARWIN GERSTEIN & FISHER LLP**
88 Pine St., Suite 2810
New York, NY 10005
(212) 398-0055
delman@garwingerstein.com
drochelson@garwingerstein.com

Brendan P. Glackin
Lin Y. Chan
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
(415) 956-1000
bglackin@lchb.com
lchan@lchb.com

Rebecca C. Chang
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street
New York, NY 10013
(212) 355-9500
rchang@lchb.com

Domenico Minerva
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
(212) 907-0887
dminerva@labaton.com

*Counsel for Plaintiff UFCW Local 1500 Welfare Fund*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Gregory S. Asciolla*
Gregory S. Asciolla